IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY<br>　　　Plaintiff/Counter-Defendant | §§§§§ | |
| V. | §§§ | CIVIL ACTION NO 3:16-CV-2255-L |
| FREEHOLD MANAGEMENT, INC.; RETAIL PLAZAS, INC.; and RPI DENTON CENTER, LTD.,<br>　　　Defendants/Counter-Plaintiff | §§§§§ | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff/Counter-Defendant State Automobile Mutual Insurance Company and Defendants/Counter-Plaintiffs Freehold Management, Inc., Retail Plazas, Inc. and RPI Denton Center, Ltd., hereby provide notice to the Court that this matter has resolved with respect to all parties and all claims. The Parties respectfully request thirty (30) days to finalize settlement papers and to file a stipulation of dismissal with prejudice on the Court's docket pursuant to FED. R. CIV. P. 41, with costs being taxed against the party incurring the same.

Respectfully submitted,

BY:　*/s/ Clinton J. Wolbert*
　　　Clinton J. Wolbert
　　　State Bar No. 24103020
　　　Federal I.D. No. 3041729
　　　PHELPS DUNBAR LLP
　　　910 Louisiana Street, Suite 4300
　　　Houston, Texas 77002
　　　Telephone: 713 626 1386
　　　Facsimile: 713 626 1388
　　　Email: clinton.wolbert@phelps.com

　　　Christopher W. Martin
　　　State Bar No. 13057620

        Federal I.D. No. 13515
        Martin, Disiere, Jefferson & Wisdom, L.L.P.
        808 Travis, 11th Floor
        Houston, Texas 77002
        Telephone: 713 632 1700
        Facsimile: 713 222 0101
        Email: martin@mdjwlaw.com

        ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY

        */s/ Todd Lipscomb*_____
        Robert W. Loree
        rob@lhllawfirm.com
        State Bar No. 00789836
        Todd Lipscomb
        todd@lhllawfirm.com
        State Bar No. 12579200
        Cassandra Pruski
        cassie@lhllawfirm.com
        State Bar No. 24083690
        Law Offices of Loree & Lipscomb
        The Terrace at Concord Park
        777 E. Sonterra Blvd., Suite 320
        San Antonio, Texas 78258

ATTORNEYS FOR DEFENDANTS/COUNTER-PLAINTIFFS FREEHOLD MANAGEMENT, INC., RETAIL PLAZAS, INC., AND RPI DENTON CENTER LTD.

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this document has been served this 9th day of February 2024 to all counsel of record in accordance with the Federal Rules of Civil Procedure:

        */s/ Clinton J. Wolbert*
        Clinton J. Wolbert