IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,** § § § | |
| Plaintiff/ Counter Defendant, § § | |
| v. § | Civil Action No. **3:16-CV-2255-L** |
| § | |
| **FREEHOLD MANAGEMENT, INC.; RETAIL PLAZAS, INC.; and RPI DENTON CENTER, LTD.,** § § § § § | |
| Defendant/Counter Plaintiff. § | |

# **ORDER**

The court has been notified by the parties that this case has settled (Doc. 431), filed February 9, 2024. These parties are therefore **directed** to file a stipulation or notice of dismissal, or an agreed motion to dismiss with the United States District Clerk's Office by **March 13, 2024**. *The court truly appreciates the efforts of the parties in resolving this case.* There appears to be no further reason at this time to maintain this case as an open file for statistical purposes, and the court **determines** that it should be, and is hereby, **administratively closed**. Accordingly, the United States District Clerk is **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*. The court **grants** the parties Agreed Motion to Seal Inadvertently Filed Document (Doc. 432)**,** and **directs** the clerk of court to maintain (Doc. 430) **under seal**.

Order – Page 1

**It is so ordered** this 12th day of February, 2024.

                                            Sam A. Lindsay
                                            United States District Judge