IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | § § § § § § § § § § § § § | |
| Plaintiff/ Counter Defendant, | | |
| v. | | Civil Action No. **3:16-CV-2255-L** |
| FREEHOLD MANAGEMENT, INC.; RETAIL PLAZAS, INC.; and RPI DENTON CENTER, LTD., | | |
| Defendant/Counter Plaintiff. | | |

## NOTICE

Before the court is the parties' Stipulation of Dismissal of All Claims and Parties ("Stipulation") (Doc. 434), filed February 27, 2024. The parties have submitted a proposed order of dismissal. As the Stipulation has been signed by all parties who have appeared, no court order is required, and this action and all claims asserted by or against these parties are **dismissed with prejudice** as a matter of course. Accordingly, no order of dismissal is necessary, and the court **declines** to issue one.[*] Per the Stipulation, the parties shall bear their own costs.

**Filed** this 28th day of February, 2024.

Sam A. Lindsay
United States District Judge

---

[*] The parties acknowledge in the Stipulation that no court order is necessary.

**Notice – Solo Page**